*E-FILED - 3/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KENNETH C. FITZHUGH,** <br><br> Petitioner, <br><br> v. <br><br> **JOHN MARSHALL, Warden,** <br><br> Respondent. | C 07-01091 RMW (PR) <br><br> **ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until March 25, 2008, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

**IT IS SO ORDERED.**

Dated: __3/12/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

[] Order                        Kenneth C. Fitzhugh v. John Marshall, Warden
                                                                    Case No. C 07-01091 RMW (PR)