*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARROLL FITZHUGH, JR., | No. C 07-1091 RMW (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

The court has granted respondent's motion to dismiss the petition as untimely. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

Dated: 2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.07\Fitzhugh091jud.wpd